## Commonwealth v. Bullock, Appellant.

Argued December 4, 1974. *Robert L. Knupp,* with him *Frederick W. Andrews,* and *Knupp and Andrews,* for appellant; *Edwin W. Frese, Jr.,* Deputy District Attorney, with him *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN DER VOORT, J., absent.